# United States Court of Appeals

## For the Eighth Circuit

_____

No. 12-3289

_____

Leonicio Esau Velasquez-Melendez

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: May 7, 2013
Filed: May 14, 2013
[Unpublished]

_____

Before MURPHY, SMITH, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizen Leonicio Velasquez-Melendez petitions for review of an order of the Board of Immigration Appeals, which affirmed an immigration judge's denial of withholding of removal. After careful review, we conclude that substantial evidence supported the denial of withholding of removal. See Ortiz-Puentes v. Holder, 662 F.3d 481, 483-84 (8th Cir. 2011) (harm suffered by Guatemalan

petitioners who refused to join gang did not establish eligibility for withholding of removal on account of either political opinion or membership in particular social); <u>Wijono v. Gonzales</u>, 439 F.3d 868, 872 (8th Cir.2006) (standard of review). Accordingly, we deny the petition. <u>See</u> 8th Cir. R. 47B.

_____